UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOHNSON OUTDOORS INC.,

                Plaintiff,          Case No. 05-C-0929

  v.

SHERWOOD SCUBA LLC and
CRAMER-DECKER INDUSTRIES,

                Defendants.
_____

## STIPULATION AND PROPOSED ORDER
_____

The parties, by their respective counsel, hereby stipulate to extend by 60 days all dates contained in Paragraphs 4 through 9 of the Court's May 31, 2006 Scheduling Order. All other dates remain unchanged.

The parties have entered this stipulation in the hope that settlement discussions may fruitfully continue. Since the parties last received an extension, they have exchanged a written draft of a settlement agreement.

Dated this 28th day of July, 2006.

                                            s/ David G. Hanson
                                            David G. Hanson
                                            WI State Bar ID No. 1019486
                                            Amy L. Reichelt
                                            WI State Bar ID No. 1047148
                         `              Reinhart Boerner Van Deuren s.c.
                                            1000 North Water Street, Suite 2100
                                            Milwaukee, WI 53202
                                            414-298-1000
                                            dhanson@reinhartlaw.com
                                            Attorneys for Plaintiff

Dated this 28th day of July, 2006.

                                            <u>s/ James R. Cole</u>
                                            James R. Cole
                                            Quarles & Brady, LLP
                                            One South Pinckney Street
                                            Suite 600
                                            Madison, WI 53703-2808
                                            Attorneys for Defendants

MW/1336886