UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOHNSON OUTDOORS INC.,

                Plaintiff,                Case No. 05-C-0929

  v.

SHERWOOD SCUBA LLC and
CRAMER-DECKER INDUSTRIES,

                Defendants.
_____

## PROPOSED ORDER
_____

      IT IS HEREBY ORDERED, based on the stipulation of the parties, all dates contained in Paragraphs 4 through 9 of the Court's May 31, 2006 Scheduling Order shall be extended 60 days. All other dates remain unchanged.

      Dated this _____ day of July, 2006.

                                  BY THE COURT:

                                  _____
                                  Honorable Rudolph T. Randa

MW/1336890