# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHNSON OUTDOORS INC.,**

        **Plaintiff,**        Case No. 05-C-0929

  v.

**SHERWOOD SCUBA LLC and**
**CRAMER-DECKER INDUSTRIES,**

        **Defendants.**

---

## ORDER

---

IT IS HEREBY ORDERED, based on the stipulation of the parties, all dates contained in Paragraphs 4 through 9 of the Court's May 31, 2006 Scheduling Order shall be extended 60 days. All other dates remain unchanged.

The February 23, 2007, final pretrial conference call and the March 26, 2007 jury trial are cancelled. These dates will be rescheduled, if necessary.

Dated this 31st day of July, 2006.

                                    BY THE COURT:

                                    s/ Rudolph T. Randa
                                    Honorable Rudolph T. Randa