UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOHNSON OUTDOORS INC.,

                Plaintiff,

    vs.                                      Case No. 05-C-0929

SHERWOOD SCUBA LLC and
CRAMER-DECKER INDUSTRIES,

                Defendants.
_____

**NOTICE OF DISMISSAL**
_____


      PLEASE TAKE NOTICE that plaintiff by its attorneys, Reinhart Boerner Van Deuren s.c., voluntarily dismisses this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice and without costs or fees to any party. Counsel for the Defendants has authorized the undersigned to request an order of dismissal from the Court on behalf of both parties.

Dated this 8th day of November, 2006.

/s/ David G. Hanson
David G. Hanson
WI State Bar ID No. 1019486
Amy L. Reichelt
WI State Bar ID No. 1047148
Attorneys for Plaintiff
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202-3186
Telephone: 414-298-1000
Fax: 414-298-8097
dhanson@reinhartlaw.com
Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

MW/1368146