UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOHNSON OUTDOORS, INC.,

       Plaintiff,

    vs.                 Case No. 05-C-0929

SHERWOOD SCUBA LLC and
CRAMER-DECKER INDUSTRIES,

       Defendants.
_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on November 8, 2006, I electronically filed the Notice of Dismissal with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

James R. Cole
JRC@quarles.com

By First Class Mail to:

Scott P Amy
Robert L. Lee
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree St
Atlanta, GA 30309-3424

                                      S/ Holly D. Basso
                                      Holly D. Basso
                                      Assistant to David G. Hanson
                                      Attorney for Plaintiff
MW\1308741                         Johnson Outdoors, Inc.